1  Leemore Libesman, SBN 221969
   HOLME ROBERTS & OWEN LLP
2  777 South Figueroa, Suite 2800
   Los Angeles, California 90017
3  Telephone:  (213) 572-4300
   Facsimile:  (213) 572-4400
4  Email: leemore.libesman@hro.com

5  Attorneys for Plaintiffs
   BMG MUSIC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ARISTA
6  RECORDS LLC; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; AND
   SONY BMG MUSIC ENTERTAINMENT
7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11 BMG MUSIC, a New York general partnership;      Case No. 3:06-cv-00409 MMC
   UMG RECORDINGS, INC., a Delaware
12 corporation; WARNER BROS. RECORDS INC., a       **APPLICATION AND [PROPOSED]
   Delaware corporation; ARISTA RECORDS LLC, a     ORDER FOR SUBSTITUTION OF
13 Delaware limited liability company; PRIORITY    ATTORNEYS FOR PLAINTIFFS**
   RECORDS LLC, a California limited liability
14 company; VIRGIN RECORDS AMERICA, INC., a
   California corporation; and SONY BMG MUSIC
15 ENTERTAINMENT, a Delaware general
   partnership,
16
            Plaintiffs,
17     v.

18 JOHN SHIRLEY,

19          Defendant.

20
21
22
23
24
25
26
27
28

                                                        SUBSTITUTION OF ATTORNEYS
                                                        CASE NO. 3:06-CV-00409 MMC

Plaintiffs hereby apply to substitute in Holme Roberts & Owen LLP as its attorney of record in this action in the place of Shook, Hardy & Bacon L.L.P., 333 Bush Street, Suite 600, San Francisco, California 94104-2828. Plaintiffs and counsel have consented to said substitution as indicated below by execution of this application.

Dated: February 15, 2006

SHOOK, HARDY & BACON L.L.P.

By: _____
ANDREW L. CHANG

I accept this substitution.
Dated: February 16, 2006

HOLME ROBERTS & OWEN LLP

By: _____
LEEMORE LIBESMAN

I consent to this substitution.
Dated: 2/16, 2006

PLAINTIFFS

By: _____
KENNETH DOROSHOW
Senior Vice President of Legal Affairs
Recording Industry Association of America

## ORDER

Plaintiffs' application for substitution of attorneys is granted.

Dated: February 21, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge