Leemore Libesman (State Bar No. 221969)
HOLME ROBERTS & OWEN LLP
777 South Figueroa Street, Suite 2800
Los Angeles, CA  90017-5826
Telephone:   (213) 572-4300
Facsimile:    (213) 572-4400

Attorneys for Plaintiffs
BMG MUSIC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; AND SONY BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,,<br><br>         Plaintiff,<br>  v.<br><br>JOHN SHIRLEY,<br><br>         Defendant. | Case No.: 3:06-cv-00409 MMC<br><br>Honorable Maxine M. Chesney<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN SHIRLEY** |

/ / /

/ / /

/ / /

/ / /

/ / /

#1617 v1

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiffs hereby voluntarily dismiss defendant John Shirley, with prejudice.  Each party will bear its own costs.

Dated:  April 13, 2006

Respectfully submitted,

LEEMORE LIBESMAN
HOLME ROBERTS & OWEN LLP

By: _____/s/ Leemore Libesman_____
Leemore Libesman
Attorneys for Plaintiffs
BMG MUSIC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; ARISTA RECORDS LLC; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; AND SONY BMG MUSIC ENTERTAINMENT

Dated: April 13, 2006

IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA